U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 7 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD BANKS | CIVIL ACTION NO. 09-0043 |
| VS. | SECTION P |
| WARDEN ROB REARDON | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Here, having conducted a de novo review of this case following the Report and Recommendation of the Magistrate Judge previously filed herein, we correct two inconsequential errors. First, according to the record, we note that Mr. Banks's conviction arose in the Twelfth Judicial District of Louisiana, for Avoyelles Parish and not Rapides Parish. Second, as correctly pointed out in the objections, the Report and Recommendation is in error at page six regarding the timeliness of the "instant petition" within the time frame following the state appellate court's writ denial of January 11, 2008. Mr. Doran properly observes that January 10, 2009 was a Sunday, allowing him to file the Complaint on January 11. See Fed. R. Civ. P. 6(a)(3). In all other respects, even considering the objections in full, we determine the findings of the Report and Recommendation to be correct under the applicable law. Accordingly, for the reasons stated in the Report and

Recommendation;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 16 day of June, 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**